**Order entered December 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00569-CV

**TERESA WARD COOPER, AS NEXT FRIEND OF JANE DOE/D.T., Appellant**

**V.**

**FIRST FINANCIAL BANK, N.A., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01566-2016**

## ORDER

Before the Court is appellant's December 2, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **December 12, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE